INC., Appellant.— Order, entered on May 22, 1962, unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

In the Matter of ALAN BUXTON.— Motion for reinstatement to the Bar denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

In the Matter of 636 MANAGEMENT CORP. v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion for consolidation granted insofar as to allow the appeals to be heard in one appeal book, without duplication of printing, and upon the terms set forth in the stipulation dated September 27, 1962. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

PIERRE J. HUSS v. MARIANNE HUSS.— Motion for a stay denied. Motion for consolidation granted only insofar as to allow appellant to have the appeals heard in one appeal book, and to permit appellant to dispense with the printing of the record on appeal and appellant's points on condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

JOHN H. FAULK v. AWARE, INC., et al.— Motion to dismiss appeals granted only to the extent of dismissing the appeal from the order entered on June 29, 1962, appointing a temporary administrator. That branch of the motion seeking to dismiss the appeal from the order entered on June 29, 1962, substituting the temporary administrator for the deceased defendant, denied and the appeal from said order is consolidated with the appeal taken from the judgment of the Supreme Court, New York County, entered on July 16, 1962, and the appeals are permitted to be heard in one appeal book, without duplication of printing. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

TESS KUGLER et al. v. THOMAS CASTELLANA.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellant. Concur — Rabin, J. P., McNally, Stevens, Eager and Bergan, JJ.

In the Matter of SARAH BAROCAS et al. v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion for consolidation granted insofar as to allow the appeals to be heard in one appeal book, without duplication of printing, and upon the terms set forth in the stipulation dated September 27, 1962. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

BORRIS M. KOMAR v. ASSOCIATED HOSPITAL SERVICE OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

GENEVIEVE MEISNER et al. v. JOSEPH HEALEY et al.— Motions for enlargement of time granted insofar as to extend defendants-appellants' time to serve and file the record on appeal and appellants' points to and including December 4, 1962, with notice of argument for the January 1963 Term of